MONIQUE OLIVIER (SBN 190385)
CHRISTIAN SCHREIBER (SBN 245597)
(monique@os-legal.com)
(christian@os-legal.com)
OLIVIER & SCHREIBER LLP
475 14th Street, Suite 250
Oakland, CA 94612
Telephone: (415) 484-0980

JAMES E. MILLER (SBN 262553)
(jemiller@millershah.com)
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100

ROBERT G. HULTENG (SBN 071293)
(rhulteng@littler.com)
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 433-1940

[Additional Counsel Listed On Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MARTIN,<br><br>          Plaintiff,<br>  v.<br><br>FIELD ASSET SERVICES, INC., and FIELD ASSET SERVICES, LLC, XOME FIELD SERVICES LLC; CYPRESS SERVICES, LLC; AND DOES 1-10<br><br>          Defendants. | Case No. 2:23-cv-1119 WBS AC<br><br>**STIPULATION TO CONTINUE BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>Complaint Filed:   January 7, 2013<br>Trial Date:             July 5, 2017<br><br>Date:   August 9, 2023<br>Time:   10:00 a.m.<br>Judge: Hon. W. Shubb |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JOSEPH MARTIN and Defendants FIELD ASSET SERVICES, INC., FIELD ASSET SERVICES, LLC, XOME FIELD SERVICES LLC, and CYPRESS SERVICES, LLC (collectively "Defendants") (collectively, "Parties"), through their respective counsel of record, as follows:

1. This Action was removed by Defendants to this Court from California state court on June 12, 2023;

2. On June 20, 2023, Defendants filed a Motion to Dismiss. The opposition to that motion is due on July 5, 2023, and the hearing is scheduled for August 9, 2023;

3. This Action is related to *Bowerman v. Field Asset Services, Inc. et al.,* U.S. District Court for the Northern District of California, Case No. 13-00057 WHO. Plaintiff in this Action is a former class member in the *Bowerman* case who, following decertification, filed his own lawsuit in California state court.

4. Plaintiff intends to move to remand and/or transfer to the U.S. District Court for the Northern District of California. Accordingly, the Parties to this Action agree to continue the briefing and hearing schedule on Defendants' Motion to Dismiss this Action, subject to the Court's approval, to permit time for Plaintiff's motion(s).

5. Accordingly, IT IS NOW HEREBY STIPULATED AND AGREED, subject to the approval of the Court, to the following schedule: Plaintiff's Opposition will be due on August 15, 2023, Defendants' Reply will be due on August 22, 2023, and the hearing will be rescheduled to September 5, 2023 at 1:30 p.m. This date has been confirmed with the Court's Courtroom Deputy pursuant to the Court's standard information.

IT SO STIPULATED.

Date: July 5, 2023                                        Respectfully submitted,

                                                MILLER SHAH LLP
*/s/ Chiharu Sekino**
Chiharu Sekino (SBN 306589)
1230 Columbia Street, Suite 1140
San Diego, CA 92101
P: (866) 540-5505
cgsekino@millershah.com
*Attorneys for Plaintiff*

Date:   July 5, 2023                                LITTLER MENDELSON, P.C.

*/s/ Robert Hulteng*
Robert Hulteng

*Attorneys for Defendants*

*I, Chiharu Sekino, have obtained the consent of Robert Hulteng to this filing, pursuant to the local rules.

**ORDER**

The schedule for Defendants' Motion to Dismiss is modified as follows: Plaintiff's Opposition will be due on August 15, 2023, Defendants' Reply will be due on August 22, 2023, and the hearing will be rescheduled to **September 5, 2023 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: July 5, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE